H. F. Sarvis and A. S. Stone, trading as Sarvis-Stone Transfer Company, appellees, v. Howard Geiger, appellant. Gen. No. 9,010.

Opinion filed January 17, 1936.

C. B. Chapman and H. H. Bayne, for appellant. H. L. Richolson, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

Helen Ward, appellee, v. Will Hall, appellant. Gen. No. 8,963.

Opinion filed February 10, 1936. Rehearing denied April 6, 1936.

Welsh & Welsh, for appellant; C. K. Welsh, of counsel. J. E. Goembel and Knight & Lupton, for appellee; B. J. Knight, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Sadie Kalina, appellee, v. John Samios and George Calamaris, trading as Paradise Food Mart, appellants. Gen. No. 8,982.

Opinion filed February 10, 1936. Rehearing denied April 6, 1936.

Hogan & Simon, for appellants. Robert J. Wing and Arthur L. Puklin, for appellee; G. Walter Zerr, of counsel.

Mr. Justice Dove delivered the opinion of the court.

John Buffo, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 8,994.

Opinion filed February 10, 1936.

Early & Early, for appellant. Karl C. Williams, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Helen F. Hayes, appellee, v. Andrew H. Ryan, appellant. Gen. No. 9,005.

Opinion filed February 10, 1936. Rehearing denied April 6, 1936.

C. H. Linscott, for appellant. Gardner & Gardner, for appellee; Fred E. Gardner, of counsel.

Mr. Justice Dove delivered the opinion of the court.